IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| TRACY DENISE SPEARMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-274-WKW |
| | ) | (WO) |
| PHENIX CITY HOUSING AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendants' Notice (Doc. # 12), it is ORDERED that the preliminary injunction hearing scheduled on June 7, 2007, is CONTINUED generally.

DONE this 7th day of June, 2007.

                                         /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE