IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRACY DENISE SPEARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-274-WKW |
| ) | (WO) |
| PHENIX CITY HOUSING AUTHORITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

It is ORDERED that the motion for preliminary injunction contained in the complaint (Doc. # 1) is DENIED without prejudice.

DONE this 4th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE