IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRACY DENISE SPEARMAN,       ) | |
|                                                    ) | |
| Plaintiff,                                            ) | |
|                                                    ) | |
| v.                                                         ) | CASE NO. 3:07-cv-274-WKW |
|                                                    ) | (WO) |
| PHENIX CITY HOUSING AUTHORITY, *et al.*,  ) | |
|                                                    ) | |
| Defendants.                                         ) | |

**<u>ORDER</u>**

The parties in this case were directed in Section 3 of the Uniform Scheduling Order (Doc. # 16) to conduct a face-to-face settlement conference for the purpose of engaging in good faith settlement negotiations. A report of this conference was due to be filed with the Court on or before January 7, 2008. At this time, no such report has been filed. It is therefore ORDERED that the parties shall conduct a face-to-face settlement conference as required by Section 3 of the Uniform Scheduling Order, and the plaintiff shall file a Notice Concerning Settlement Conference and Mediation **on or before January 28, 2008.**

DONE this 15th day of January, 2008.

                                                          /s/   W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE