IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TRACY DENISE SPEARMAN,          )
                                )
      Plaintiff,                )
                                )
v.                              )        CASE NO. 3:07-cv-274-WKW
                                )              (WO)
PHENIX CITY HOUSING AUTHORITY, *et al.*,   )
                                )
      Defendants.               )

## **ORDER**

It is ORDERED that the parties' deadline to file their joint stipulation of dismissal is

CONTINUED from January 25, 2008, to **February 8, 2008.**

DONE this 25th day of January, 2008.

                              /s/   W.  Keith Watkins
                             UNITED STATES DISTRICT JUDGE