IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRACY DENISE SPEARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-274-WKW |
| ) | (WO) |
| PHENIX CITY HOUSING AUTHORITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the parties' deadline to file their joint stipulation of dismissal is CONTINUED from February 8, 2008, to **February 22, 2008.**

DONE this 8th day of February, 2008.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE