IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TRACY DENISE SPEARMAN,                    )
                                          )
         Plaintiff,                       )
                                          )
v.                                        )        CASE NO. 3:07-cv-274-WKW
                                          )                   (WO)
PHENIX CITY HOUSING AUTHORITY, *et al.*,  )
                                          )
         Defendants.                      )

### FINAL JUDGMENT

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 30), it is ORDERED that this case is DISMISSED with prejudice.  The parties shall bear their own costs and fees.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of February, 2008.

          /s/  W.  Keith Watkins
_____
UNITED STATES DISTRICT JUDGE